B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR George Saxon | | BANKRUPTCY CASE NO. 24-32777 | |
| DISTRICT IN WHICH CASE IS PENDING Southern District of Texas | | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>George Saxon | | | |
| DATE | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

*[Filed stamp: United States Courts, Southern District of Texas, FILED AUG 02 2024, Nathan Ochsner, Clerk of Court]*

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** George Saxon | **DEFENDANTS** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

I am seeking to have a full complete discharge of all student loans totaling $94,016.72.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

Chapter 7 case #24-32777

Wednesday, July 31, 2024

George Saxon
4027 Southern Trace Dr
College Station, TX 77845

To Whom It May Concern:

I am hoping this provided statement will assist with the process regarding student loans, I am currently in the process of a chapter 7 case, #24-32777.

The gross monthly income is $5290. Payroll deductions total $1248, and these will increase in September 2024. The monthly net income is $4068. We have $0 leftover from our monthly net income, while also utilizing and depleting our 2023 tax return, and have had to at times use credit cards to make up the difference in necessary expenses. I have made payments to all the student loans totaling $0 as I have been in income based repayment. My income is not sufficient to make payments of any dollar amount to the student loans. If I am required to make even minimum payments on the loans, as indicated in the EdFinancial, the student loan creditor, documents I have included, then we will not be able to provide, , even the minimum necessary expenses for our family. The vehicle we currently have is not reliable and is in need of major repairs and we need a reliable vehicle, which would require a monthly payment, because our current 2011 Honda Odyssey has already had a used motor installed and a new catalytic converter installed. The monthly operating expenses of the van are costly. Now we need the rear main seal replaced, and that will require over $2,200 in costs. We are trying to somehow and wanting to purchase a small house for our family but in order to achieve that goal it requires saving money for a down payment. Our rent has increased every cycle when we are offered a renewal lease, and as of this month it increased to $1580/month. College Station rates for housing have remained high, even after the pandemic a few year ago. This is a more feasible option, of the buying vs. renting as the monthly payment would be less. My income is not sufficient to pay the minimum payments, as well I am not going to receive a salary offer, for any job with the very limited experience I have that will guarantee that I am able to make even the minimum payments on the loans. Out of the last ten years, 2014-2024, I have worked five years of that time period. During the time

1

Chapter 7 case #24-32777

I was unemployed, I applied for hundreds of jobs. I was registered on multiple job search sites, received daily emails for job availabilities, took multiple skills tests, went on interviews, and continued to do all of these steps. Then I decided to complete both my undergraduate as well as my graduate degrees. I received a job offer at Texas A&M. That is where I currently am employed. I have secured a job in the field of my graduate degree within the last year but do not have the experience and in order to acquire a higher wage that needed experience will require time. Our medical insurance premiums will increase in September 2024, as well as increase in the number of copayments, and the required Teacher Retirement Savings deduction will increase. I have been in forbearance and deferral programs as well, but cannot remember the number of times as the loans have been transferred to different loan providers several times. I have always kept my address current with all loan providers, as well as I have communicated with them. I have been enrolled in income driven payments but my with my wages the amount is always $0/month. My wages are not sufficient to even earn an income in order to make the minimum payments on the loans. My wages are unlikely to increase enough to the amount that I would need, at least $45/hour or more in order to pay the monthly payments on the loans. We have to purchase a reliable vehicle with our 2025 tax return somehow. I am kindly asking for the loans totaling $94,004.70 to be discharged as this debt causes undue and extreme hardship upon myself as well as my dependents-my wife, and three young children.

Sincerely,

*George Saxon* (signature)

George Saxon

2

Chapter 7 case #24-32777

Wednesday, July 31, 2024

George Saxon
4027 Southern Trace Dr
College Station, TX 77845

To Whom It May Concern:

I am hoping this provided statement will assist with the process regarding student loans, I am currently in the process of a chapter 7 case, #24-32777.

The gross monthly income is $5290. Payroll deductions total $1248, and these will increase in September 2024. The monthly net income is $4068. We have $0 leftover from our monthly net income, while also utilizing and depleting our 2023 tax return, and have had to at times use credit cards to make up the difference in necessary expenses. I have made payments to all the student loans totaling $0 as I have been in income based repayment. My income is not sufficient to make payments of any dollar amount to the student loans. If I am required to make even minimum payments on the loans, as indicated in the EdFinancial, the student loan creditor, documents I have included, then we will not be able to provide, , even the minimum necessary expenses for our family. The vehicle we currently have is not reliable and is in need of major repairs and we need a reliable vehicle, which would require a monthly payment, because our current 2011 Honda Odyssey has already had a used motor installed and a new catalytic converter installed. The monthly operating expenses of the van are costly. Now we need the rear main seal replaced, and that will require over $2,200 in costs. We are trying to somehow and wanting to purchase a small house for our family but in order to achieve that goal it requires saving money for a down payment. Our rent has increased every cycle when we are offered a renewal lease, and as of this month it increased to $1580/month. College Station rates for housing have remained high, even after the pandemic a few year ago. This is a more feasible option, of the buying vs. renting as the monthly payment would be less. My income is not sufficient to pay the minimum payments, as well I am not going to receive a salary offer, for any job with the very limited experience I have that will guarantee that I am able to make even the minimum payments on the loans. Out of the last ten years, 2014-2024, I have worked five years of that time period. During the time

Chapter 7 case #24-32777

I was unemployed, I applied for hundreds of jobs. I was registered on multiple job search sites, received daily emails for job availabilities, took multiple skills tests, went on interviews, and continued to do all of these steps. Then I decided to complete both my undergraduate as well as my graduate degrees. I received a job offer at Texas A&M. That is where I currently am employed. I have secured a job in the field of my graduate degree within the last year but do not have the experience and in order to acquire a higher wage that needed experience will require time. Our medical insurance premiums will increase in September 2024, as well as increase in the number of copayments, and the required Teacher Retirement Savings deduction will increase. I have been in forbearance and deferral programs as well, but cannot remember the number of times as the loans have been transferred to different loan providers several times. I have always kept my address current with all loan providers, as well as I have communicated with them. I have been enrolled in income driven payments but my with my wages the amount is always $0/month. My wages are not sufficient to even earn an income in order to make the minimum payments on the loans. My wages are unlikely to increase enough to the amount that I would need, at least $45/hour or more in order to pay the monthly payments on the loans. We have to purchase a reliable vehicle with our 2025 tax return somehow. I am kindly asking for the loans totaling $94,016.12 to be discharged as this debt causes undue and extreme hardship upon myself as well as my dependents-my wife, and three young children.

Sincerely,

*George Saxon*

George Saxon

2



Official Servicer of  
Federal Student Aid

Edfinancial Services  
P.O. Box 36008  
Knoxville, TN 37930-6008

1-855-337-6884

GEORGE D SAXON  
4027 SOUTHERN TRACE  
DR  
COLLEGE STA TX 77845-4067

## ACCOUNT: 1337621608-1                                         July 3, 2024

INFO: This letter contains important details regarding a change in the status of your federal student loans. This is not a billing statement.

Dear GEORGE D SAXON:

The information in this document explains your repayment schedule and estimated interest accrual for your federal student loans. Repayment disclosures like this are sent to you shortly before your loan repayment obligation begins and as needed during your repayment term. Specific details about your loan and repayment schedule are included with this letter.

If this disclosure is for a PLUS or GradPLUS loan, the repayment information is based on your loan amount when fully disbursed (when the loan funds were sent to the school). This document does not replace the original promissory note(s) you signed and does not relieve the liability of any endorser(s) or co maker(s) who signed the original promissory note(s). Please refer to your original promissory note and Borrower Rights and Responsibilities Statement for the complete terms and conditions of your loans.

Visit Edfinancial.StudentAid.gov/MyAccount to access your account information, review repayment options, sign up for Auto Pay, or enroll in electronic correspondence. You may also make payments within your online account, via our automated phone system at 1-855-337-6884, or by mailing payments to:

U.S. Department of Education  
P.O. Box 790322  
St. Louis, MO 63179-0322

We may charge certain reasonable costs incurred in collecting the loan. Costs include but are not limited to attorney fees and court costs. You have the option of prepaying all or a portion of the loan anytime without penalty.

---

Edfinancial Services is an official servicer of Federal Student Aid, an Office of the U.S. Department of Education.

Learn more at StudentAid.gov

Edfinancial Services | NMLS ID: 1509247 | P.O. Box 36008 | Knoxville, TN 37930-6008   1-855-337-6884  
CustomerCare@Edfinancial.StudentAid.gov  
Edfinancial.StudentAid.gov

@Edfinancial     @Edfinancial



If you have a federal loan with a variable interest rate, the interest rate will change each year on July 1. If you have an alternative loan(s), the interest rate may change quarterly or monthly based on the terms and conditions of the loan(s).

You may be eligible to consolidate your loan. If your lender has reduced or rebated all or a portion of the interest and/or has provided other incentives and this loan is later consolidated, reconsolidated, or refinanced with another lender, the lender may reserve the right to collect interest and/or other incentives from you.

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Edfinancial Services for free help through your online account or by visiting Edfinancial.StudentAid.gov/Contact.

You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Edfinancial Services and **never** reveal your personal information or account password to anyone.

Learn to avoid student aid scams. Our emails to borrowers come from info@email.Edfinancial.StudentAid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

If you have questions about your account, contact us at Edfinancial.StudentAid.gov/Contact or call us at 1-855-337-6884. Our automated voice response system is available 24 hours a day and a live representative is available Monday 8:00 a.m. to 9:00 p.m., Tuesday through Wednesday 8:00 a.m. to 8:00 p.m., and Thursday through Friday 8:00 a.m. to 6:00 p.m. ET.

Sincerely,

Edfinancial Services

**Your Loan Details and Repayment Schedule**

**This is a loan that must be repaid.** To assist you in repaying this loan, we offer a variety of repayment plans:

- **Standard Repayment.** This option maintains the same monthly payment amount throughout the life of the loan.
- **Saving on a Valuable Education (SAVE) Plan (formerly the REPAYE program)\*.** This plan is for Direct Loans only. Your payment amount is based on your adjusted gross income, family size, and total Direct Loan balance. Any undergraduate loan balance that remains after 20 years, and any graduate balance that remains after 25 years of qualifying payments will be forgiven.
- **Income-Based Repayment (IBR)\*.** This plan is available for most FFELP and Direct Loans, and payments are based on your adjusted gross income, family size, and total federal student loan debt. After 20 or 25 years of qualifying payments (depending on the terms of your loans), your federal student loans are forgiven.
- **Pay As You Earn (PAYE)\*.** If you have Direct Loans, this plan bases your payments on your adjusted gross income, family size, and total federal student loan debt. After 20 years of qualifying payments, your federal student loans are forgiven.
- **Income-Contingent Repayment (ICR)\*.** This plan, for Direct Loans only, bases your payments on your adjusted gross income, family size, and total federal student loan debt. After 25 years of qualifying payments, your federal student loans are forgiven.
- **Graduated Repayment.** This option offers low initial payments that increase over time. This plan will increase the total amount of interest you will be required to pay over the life of your loan compared to the Standard Plan.
- **Extended Repayment.** You may repay your loan on a Standard or Graduated Plan over a term of up to 25 years. To be eligible for this repayment plan, all of your loans must have been disbursed on or after October 7, 1998, and you must have a total outstanding balance exceeding $30,000 on your FFELP loans and/or $30,000 on your Direct Loans (both loan types must qualify separately).
- **Income-Sensitive Repayment\*.** This repayment option is only available for eligible FFELP loans. Your monthly payment amount will be based on your gross monthly income.

\* **You must verify your current income and renew this payment plan annually.**

**We're Here to Help in Difficult Situations**

- Explore affordable repayment plans that provide payments as low as $0 a month and a path to forgiveness. Check out details of the new, most affordable repayment plan ever created, called the Saving on a Valuable Education (SAVE) Plan (find out more at StudentAid.gov/save). Compare repayment plans with the Loan Simulator (visit StudentAid.gov/loan-simulator).
- Payments are due, but if you missed payments because you forgot to pay, consider signing up for Auto Pay. You can do so by logging in to Edfinancial.StudentAid.gov/MyAccount.
- Explore your eligibility for loan forgiveness programs or other relief options. For more information, visit StudentAid.gov/manage-loans/forgiveness-cancellation.

**The following information is based on current account status and timely receipt of all payments:**

| | |
|---|---|
| Principal Balance | $78,876.54 |
| Unpaid Fees/Other Charges | $0.00 |
| Unpaid Interest to be Capitalized | $0.00 |
| Interest Not Capitalized | $9,891.40 |
| Estimated Interest Accrual Over Loan Term | $45,696.45 |
| Total to be repaid | $134,464.39 |

| | |
|---|---|
| Current Interest Rate | See below |
| Repayment Begin Date | 07/27/12 |
| Interest Paid As Of The Date of This Disclosure | $0.00 |

**Loan Information:**

| Loan Date | Loan Amount | Loan Type | Interest Rate |
|---|---|---|---|
| 08/13/11 | $4,273.00 | DLSUB | 3.400% |
| 08/13/11 | $2,750.00 | DLUNSUB | 6.800% |
| 08/12/12 | $5,500.00 | DLSUB | 3.400% |
| 08/12/12 | $7,000.00 | DLUNSUB | 6.800% |
| 08/12/13 | $5,500.00 | DLSUB | 3.860% |
| 08/12/13 | $7,000.00 | DLUNSUB | 3.860% |
| 08/25/14 | $2,750.00 | DLSUB | 4.660% |
| 08/25/14 | $3,093.00 | DLUNSUB | 4.660% |
| 08/21/16 | $15,484.00 | DLUNSUB | 5.310% |
| 08/20/17 | $16,416.00 | DLUNSUB | 6.000% |

**Repayment schedule and terms:**

Repayment schedule: IDR

Your first monthly payment is due on 07/23/24.

Monthly Payment Amount: $0.00

Please refer to the payment schedule below for more details.

| Number of Payments | Payment Amount |
|---|---|
| 15 | $0.00 |
| 133 | $806.46 |
| 2 | $708.51 |
| 5 | $652.10 |
| 11 | $623.38 |
| 6 | $438.16 |
| 7 | $243.80 |
| 15 | $168.93 |
| 65 | $135.40 |